ACCEPTED
05-14-01459-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
8/18/2015 5:17:19 PM
LISA MATZ
CLERK

# IN THE COURT OF APPEALS
# FIFTH DISTRICT OF TEXAS AT DALLAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
8/18/2015 5:17:19 PM
LISA MATZ
Clerk

## CAUSE NO. 05-14-01459-CV

## STEVEN E. LAU, TRUSTEE OF THE STEVEN E. LAU TRUST, STEVEN E. LAU, INDIVIDUALLY, AND KEN NORRIS,
**Appellants,**

**v.**

## JAMES REEDER AND EDDIE CORBITT,
**Appellees,**

Original Proceeding from the County Court at Law No. 4
of Dallas County, Texas, Trial Court Cause No. CC-98-00869-D

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE APPELLEES' BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Pursuant to TEX. R. APP. P. 10.5(b) and 38.6(d), Appellees James Reeder and Eddie Corbitt file this Unopposed Motion for Extension of Time to File Appellees' Brief. In support of the 30-day extension requested in this motion, Appellees would respectfully show the Court the following:

1. The undersigned, Appellees' lead appellate counsel, has been and will be involved in another matter that necessitates an extension, including:

1

a. Preparation of a response to a Motion for a New Trial due on or about August 21, 2015 in *Daudelin, et al. v. Hauk Custom Pools, LLC, et al.;* 296-01458-2015; 296th Judicial District Court, Collin County;

b. Preparation for and participation in a hearing on Defendant's Motion for New Trial on August 24, 2015 in *Daudelin, et al. v. Hauk Custom Pools, LLC, et al.;* 296-01458-2015; 296th Judicial District Court, Collin County; and

c. Preparation of a reply to Appellees' Brief due on August 21, 2015 in *Bagwell, et al. v. BBVA Compass, et al.;* 05-14-01579-CV; Fifth District of Texas at Dallas, Court of Appeals.

2. Because of these and other scheduling conflicts, the undersigned believes that a 30-day extension will be necessary in order to prepare and adequate brief in this case.

WHEREFORE, Appellees James Reeder and Eddie Corbitt respectfully pray that the Court grant this unopposed motion and extend the time to file Appellees' Brief to September 21, 2015.

Respectfully submitted,

By: */s/ Peyton Healey*

    Mark L. Taylor
    State Bar No. 00792244
    mark@powerstaylor.com
    Peyton Healey
    State Bar No. 24035918
    peyton@powerstaylor.com

POWERS TAYLOR LLP
8150 North Central Expressway
Suite 1575
Dallas, Texas 75206
Telephone: (214) 239-8900
Facsimile: (214) 239-8901

***Counsel for Appellees James Reeder and Eddie Corbitt***

## CERTIFICATE OF CONFERENCE

On August 18, 2015, the undersigned conferred with Baltasar D. Cruz, counsel for Appellants, regarding this motion. Mr. Cruz stated that his clients do not oppose the requested extension of time to file the Appellees' Brief.

*/s/ Peyton J. Healey*

Peyton J. Healey

# **CERTIFICATE OF SERVICE**

This is to certify that the foregoing was served upon the parties or their counsel identified below, via electronic filing on this 18th day of August 2015.

Baltasar D. Cruz
P.O. Box 600823
Dallas, Texas 75360
baltasardcruz@aol.com

Zachary Groover
GROOVER HAMILTON, LLP
555 Republic Drive, Suite 200
Plano, Texas 75074

/s/ Peyton Healey
Peyton Healey
